**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

**IN RE: James Michael Neil Chance**      **BK NO. 22-01893 HWV**
                Debtor(s)

**Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

       Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
24 Oct 2022, 15:50:40, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322

Case 1:22-bk-01893-HWV    Doc 12    Filed 10/26/22    Entered 10/26/22 11:51:13    Desc
Document ID: 67d8e8c765a9c137f8ffab35475366a6aa2ad0560b1e185c0702c138d3ccfafe
Main Document     Page 1 of 1