In re:      Case No. 22-01893-HWV

James Michael Neil Chance     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2
Date Rcvd: Nov 08, 2022     Form ID: ntnew341     Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Michael Neil Chance, 905 Sherwood Street, Hanover, PA 17331-1359 |
| 5498796 | + | Borough of Hanover, 44 Frederick St, Hanover, PA 17331-3501 |
| 5498800 | + | Hanover Public School District, 403 Moul Ave, Hanover, PA 17331-1589 |
| 5498801 | + | Holly K. Liska, Hanover Borough Tax Collector, 279 Frederick St., Hanover, PA 17331-3652 |
| 5498810 | + | York County Assessment & Tax Claim Offic, 28 E Market St Ste 105, York, PA 17401-1587 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5498797 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 08 2022 18:50:37 | Citibank/Sears, Attn: Bnakruptcy, PO Box 790034, St Louis, MO 63179-0034 |
| 5498798 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 08 2022 18:37:00 | Commonwealth of PA, Dept. of Revenue, Bureau of Compliance, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 5498799 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 08 2022 18:37:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 5498802 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 08 2022 18:37:00 | I.R.S., P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5498803 | ^ | MEBN | Nov 08 2022 18:35:32 | KML Law Group P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 5498804 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 08 2022 18:37:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5498805 | | Email/Text: camanagement@mtb.com | Nov 08 2022 18:37:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240 |
| 5504723 | | Email/Text: camanagement@mtb.com | Nov 08 2022 18:37:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5504121 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 08 2022 18:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5498806 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 08 2022 18:40:22 | Synchrony Bank/ Old Navy, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5498807 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 08 2022 18:40:26 | Synchrony Bank/Gap, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5498808 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 08 2022 18:40:27 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 5501908 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 08 2022 18:40:26 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |

| | | | |
| --- | --- | --- | --- |
| 5498809 | + Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 08 2022 18:40:26 | Wells Fargo Mortgage, Att: Written Correspondance Dept, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 10, 2022      Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Michael A. Cibik | on behalf of Debtor 1 James Michael Neil Chance mail@cibiklaw.com  cibiklawpc@jubileebk.net |
| Michael Patrick Farrington | on behalf of Creditor M&T Bank mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

James Michael Neil Chance,

**Debtor 1**

Chapter 13

Case No. 1:22−bk−01893−HWV

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| 341 meeting by video conference, The Trustee will email the video link, 6 days prior to the meeting date. | Date: January 12, 2023<br>Time: 10:00 AM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DaneishaDunbarYancey, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 8, 2022 |

ntnew341 (04/18)